DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JUSTIN J. GRAYER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1935

_____

September 20, 2023

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Justin J. Grayer, pro se.

Ashley Moody, Attorney General, Tallahassee and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

   Affirmed.

SILBERMAN, KELLY, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.